CHARLOTTE LILIANTHAL et al., as Executors of JOSEPH LILIAN-THAL, Deceased, Respondents, *v.* ISRAEL LESSER et al., Defendants, and BENJAMIN BARKER, as Trustee in Bankruptcy of ISRAEL LESSER et al., Appellant.

*Lilianthal* v. *Lesser*, 102 App. Div. 500, affirmed.

(Argued April 26, 1906; decided May 15, 1906.)

·· APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term, adjudging that the plaintiffs are entitled to be subrogated to the rights of a certain mortgagee in and to a bond secured by a mortgage on certain premises alleged to have been fraudulently conveyed by the mortgagor to the plaintiffs' testator, the amount secured by such mortgage having been heretofore paid by the plaintiffs.

*Otto T. Hess, McCready Sykes* and *Denis O'L. Cohalan* for Benjamin Barker, as trustee, appellant.

*Nelson S. Spencer* for Ninth National Bank, appellant.

*Everett V. Abbot* and *Boudinot Keith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.